No. 10–708. FIRST AMERICAN FINANCIAL CORP., SUCCESSOR IN INTEREST TO FIRST AMERICAN CORP., ET AL. v. EDWARDS. C. A. 9th Cir. [Certiorari granted, 564 U. S. 1018.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–844. CARACO PHARMACEUTICAL LABORATORIES, LTD., ET AL. v. NOVO NORDISK A/S ET AL. C. A. Fed. Cir. [Certiorari granted, 564 U. S. 1035.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–1121. KNOX ET AL. v. SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000. C. A. 9th Cir. [Certiorari granted, 564 U. S. 1035.] Further consideration of respondent's motion to dismiss as moot deferred to hearing of the case on the merits.

No. 11–301. SAINT-GOBAIN CERAMICS & PLASTICS, INC. v. SIEMENS MEDICAL SOLUTIONS USA, INC. C. A. Fed. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 11–5149. WELENC v. FLORIDA (two judgments). Dist. Ct. App. Fla., 2d Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 811] denied.

No. 11–5682. REYES v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 812] denied.

No. 11–6227. HAMPTON v. J. W. SQUIRE CO., INC. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 28, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.